IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN N. OMARI,** § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. **3:23-CV-1703-L-BK** |
| **MERRICK GARLAND, U.S. ATTORNEY** § **GENERAL,** *et al.*, § § | |
| Defendants. § | |

# ORDER

On December 29, 2023, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 21) was entered, recommending that the court grant Defendants' Unopposed Motion to Remand Case ("Motion") (Doc. 19) and remand this action, pursuant to 8 U.S.C. § 1447(b), to United States Citizenship and Immigration Services ("USCIS") for a decision on Plaintiff's Form N-400 Application for Naturalization ("Application") within 30 days of an order by the undersigned accepting the Report.  The Report notes that Defendants also requested that all pending deadlines in this action be stayed, and that the magistrate judge has entered an order staying all deadlines.  In addition, the Report recommends that the court administratively close this action pending a subsequent motion by either party to reopen the case if further proceedings become necessary.  No objections to the Report were filed, and, as noted, the Motion and Report both indicate that Plaintiff is not opposed to relief sought by Defendants, which the magistrate judge has recommended be granted.

Accordingly, having considered the Motion, Petition for Writ of Mandamus, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge (Doc. 21) are correct; **accepts** them as those of the court; **grants** Defendants' Motion (Doc. 19); and

**remands** this action, pursuant to 8 U.S.C. § 1447(b), to USCIS for a decision on Plaintiff's Application consistent with the Report within **30 days** of the date of this order or the date it is docketed, whichever is later.  Further, the court **administratively closes** this action and **directs** the United States District Clerk to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of the case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

    **It is so ordered** this 25th day of January, 2024.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge